[Civ. No. 1017. First Appellate District.—March 15, 1912.]

## HATTIE M. KEARNEY, Respondent, v. J. W. PIERSON, Appellant.

ORDER DENYING MOTION TO VACATE DEFAULT JUDGMENT—DISCRETION NOT ABUSED—FALSE STATEMENT OF CLIENTS—INSUFFICIENT DEFENSE—CONFLICTING EVIDENCE.—Judgment affirmed on the authority of *Kearney* v. *Palmer, ante,* p. 517.

APPEAL from a judgment of the Superior Court of Alameda County. T. W. Harris, Judge.

The facts are similar to those stated in the opinion in *Kearney* v. *Palmer, ante,* p. 517, with the exception stated by the court.

N. Soderberg, for Appellant.

E. K. Taylor, for Respondent.

HALL, J.—This case is in all respects similar to the case of *Hattie M. Kearney* v. *John Palmer et al., ante,* p. 517, [123 Pac. 611], save that the action is one in ejectment and not

to quiet title, and for the same reasons the judgment is affirmed.

Lennon, P. J., and Kerrigan, J., concurred.

A petition to have the cause heard in the supreme court, after judgment in the district court of appeal, was denied by the supreme court on May 15, 1912.